**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hubert Glenn WATKINS, Jr.,
Defendant–Appellant.**

No. 04–40012.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Gregg Arthur Marchessault, Assistant U.S. Attorney, Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, for Plaintiff–Appellee.

Hubert Glenn Watkins, Jr., Texarkana, TX, pro se.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Hubert Glenn Watkins, Jr., on appeal has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Watkins has filed a response requesting the appointment of substitute counsel. Our independent review of the brief, Watkins's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The motion by Watkins for substitution of counsel is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.